1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH SALVESON, State Bar #83788
    Chief Labor Attorney
3   MARGARET W. BAUMGARTNER, State Bar #151762
    JONATHAN C. ROLNICK, State Bar #151814
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, Floor #5
    San Francisco, California 94102-5408
6   Telephone:    (415) 554-3859
    Facsimile:    (415) 554-4248
7   E-Mail:       margaret.baumgartner@sfgov.org

8

9   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13   ROBERT WEAVER, and others similarly        Case No. C 03-1589 SI
     situated,
14
                    Plaintiffs,                  **STIPULATION AND [PROPOSED]
15                                               ORDER RE CONTINUANCE OF CASE
            vs.                                  MANAGEMENT CONFERENCE**
16
     CITY AND COUNTY OF SAN
17   FRANCISCO,                                  Date Action Filed:   June 18, 2001
                                                 Trial Date:          Not set
18                  Defendant.

19

20

21          **IT IS STIPULATED** by and between the parties, through their counsel of record, that the

                                                             8
22   Case Management Conference currently scheduled for Friday, September ~~2,~~ 2006, at 2:30 p.m. be

23   continued to Friday, September 15, 2006, at 2:30 p.m.  A continuance of the Case Management

24   Conference is necessary because the lead counsel for Defendant City and County of San Francisco,

25   Margaret Baumgartner, currently is on vacation and will not return in time to prepare a joint case

26   management conference statement as requested by the Court in its August 18, 2006 notice setting

27   the date for the case management conference.

28
                                                 1

Dated: August 28, 2006

> DENNIS J. HERRERA
> City Attorney
> ELIZABETH S. SALVESON
> Chief Labor Attorney
> MARGARET W. BAUMGARTNER
> JONATHAN C. ROLNICK
> Deputy City Attorneys
>
> By: _____
> JONATHAN C. ROLNICK
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

Dated: August 28, 2006

> LACKIE & DAMMEIER
>
> By: _____
> J MICHAEL MORGUESS
>
> Attorneys for Plaintiff
> ROBERT WEAVER

**IT IS HEREBY ORDERED** that the case management conference in this matter be continued from Friday, September 8, 2006, at 2:30 p.m. to Friday, September 15, 2006, at 2:30 p.m.

DATE:

By: _____
SUSAN ILLSTON
United States District Judge

2

[PROPOSED]ORDER & STIPULATION RE CONTINUANCE OF CMC
CASE NO. C03-1589 SI

n:\labor\li2006\031552\00395919.doc

Dated: August 25, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
JONATHAN C. ROLNICK
Deputy City Attorneys


By:_____
　　　JONATHAN C. ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 25, 2006

LACKIE & DAMMEIER


By:_____
　　　/MICHAEL MORGUESS

Attorneys for Plaintiff
ROBERT WEAVER


**IT IS HEREBY ORDERED** that the case management conference in this matter be

continued from Friday, September 2, 2006, at 2:30 p.m. to Friday, September 15, 2006, at 2:30 p.m.


DATE:


By:_____
　　　SUSAN ILLSTON
　　　United States District Judge

2

[PROPOSED]ORDER & STIPULATION RE CONTINUANCE OF CMC          n:\labor\li2006\031552\00395919.doc
CASE NO. C03-1589 SI