1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   JONATHAN C. ROLNICK, State Bar #151814
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor #5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3859
   Facsimile:    (415) 554-4248
7  E-Mail:       margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WEAVER, and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. C 03-1589 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DUE DATE FOR BRIEFS ON MOTION FOR RECONSIDERATION** <br><br> Date Action Filed: June 18, 2001 <br> Trial Date: Not set |
|---|---|

**IT IS STIPULATED** by and between the parties, through their counsel of record, that the due date for the City's brief for its motion for reconsideration, currently set for October 3, 2006, be continued to October 11, 2006, and that the plaintiffs' opposition brief be filed on October 18, 2006. A continuance of the due dates is necessary because the lead counsel for Defendant City and County of San Francisco, Margaret Baumgartner, currently is preparing for a trial in state court scheduled for October 10, 2006, and therefore will have to obtain a substitute to draft the brief in this matter, and that person will require additional time to become familiar with the facts and law

1

[PROPOSED]ORDER & STIP RE CONTINUANCE OF DUE DATES
CASE NO. C03-1589 SI
n:\labor\li2006\031552\00395919.doc

and the issues, and extending the dates any further will cause similar problems for plaintiffs' lead counsel.

    Dated:  September 28, 2006

                                  DENNIS J. HERRERA
                                  City Attorney
                                  ELIZABETH S. SALVESON
                                  Chief Labor Attorney
                                  MARGARET W. BAUMGARTNER
                                  JONATHAN C. ROLNICK
                                  Deputy City Attorneys

                          By:        /s/
                                  MARGARET W. BAUMGARTNER

                                  Attorneys for Defendant
                                  CITY AND COUNTY OF SAN FRANCISCO

Dated:  September 28, 2006

                                  LACKIE & DAMMEIER


                          By:
                                  MICHAEL A. MORGUESS

                                  Attorneys for Plaintiff
                                  ROBERT WEAVER


**IT IS HEREBY ORDERED** that the due date for the City's brief requesting reconsideration be continued from October 3, 2006 to October 11, 2006, and the due date for plaintiffs' opposition be continued from October 10, 2006 to October 18, 2006.


DATE:

                          By:     /s/ Susan Illston
                                  SUSAN ILLSTON
                                  United States District Judge