DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-4248
E-Mail:        margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WEAVER, and others similarly situated, | Case No. C 03-1589 SI |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER RE SETTLEMENT CONFERENCE DATE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | Date: July 9, 2007<br>Time: 9:30 a.m.<br>Place: Ctrm. C, 15th Fl. |
| Defendant. | Date Action Filed: April 14, 2003<br>Trial Date:     Not set |

On March 20, 2007, Magistrate Judge Edward Chen noticed a settlement conference in this matter for June 5, 2007. On April 4, 2007, Judge Chen rescheduled the settlement conference to June 11, 2007. Counsel for plaintiffs is unavailable on June 11, 2007. After conferring with all counsel and with Judge Chen's clerk, the parties hereby stipulate that the settlement conference in this matter, and the related matters of *Moynihan v. City and County of San Francisco*, U.S.D.C.

1

1  Case No. C06-7071 SI, and *Green v. City and County of San Francisco*, U.S.D.C. Case No. C06-
2  6953 SI, will be rescheduled to July 9, 2007, at 9:30 a.m. in Courtroom C, 15th Floor, of the above-
3  entitled court.  Separate stipulations rescheduling the settlement conference will be filed in
4  *Moynihan* and *Green*.  The date by which settlement conference statements are due is June 25,
5  2007.  All other provisions of Judge Chen's order re settlement conference, including methods of
6  lodging the settlement conference statements, remain in effect.

7       SO STIPULATED.

8  Dated: April __, 2007                    DENNIS J. HERRERA
9                                           City Attorney
                                             MARGARET W. BAUMGARTNER
10                                          Deputy City Attorney

11
12                                          By:_____/s/_____
                                             MARGARET W. BAUMGARTNER
13                                          Attorneys for Defendant CITY AND
                                             COUNTY OF SAN FRANCISCO
14
                                             LACKIE & DAMEIER LLP
15
    Dated: April __, 2007                   By:_____
16                                              Michael McGill
                                             Attorneys for Plaintiffs
17                                           ROBERT WEAVER, *et al.*
18
19
20       SO ORDERED.
21
22
23  Dated: April 13, 2007                   _____
                                             MAGISTRATE JUDGE EDWARD M. CHEN
24

*IT IS SO ORDERED*
Judge Edward M. Chen

25
26
27
                                            2
28  Stip & Order re Settlement Conf., USDC Case No. 03-1589 SI          c:\documents and
                                                                         settings\cswartz\local
                                                                         settings\temporary internet
                                                                         files\olk42\weavstip.doc

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 367 North Second Ave., Upland, California 91786.

On April 12, 2007, I served the following document described as **STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE DATE** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

**Attorneys for *City & Country of San Francisco*:**
Dennis J. Herrera, City Attorney
Margaret Baumgartner, Deputy City Attorney
Office of the City Attorney
City and County of San Francisco
1390 Market Street, Fifth Floor
San Francisco, CA 94102-5408
Tel: (415) 554-3815
Fax: (415) 554-4248

(X) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Upland, California.

( ) By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (UPS), for delivery to the above addressee(s).

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the following telecopy number:

( ) Certified Mail:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **April 12, 2007**, at Upland, California.

Christine Swartz