1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Floor #5
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3859
6  Facsimile:    (415) 554-4248
   E-Mail:       margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WEAVER, and others similarly situated, | Case No. C 03-1589 SI |
|---|---|
| Plaintiffs, | C-06-7071, 06-6953 |
| vs. | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

1   In the Joint Case Management Conference Statement filed by the parties on January 7, 2008, the parties stipulated to a three-month continuance of the January 15, 2008 Case Management Conference. The parties requested the continuance for the purpose of allowing time for them to finalize the settlement of this case as well as the related cases *Green, et al. v. CCSF* (Case No. 06-6953 SI) *Moynihan, et al. v. CCSF* (Case No. 06 - 7071 SI).

   Good cause appearing, it is hereby ordered the January 15, 2008 Case Management Conference in the above-captioned case and as well as the January 15, 2008 Case Management Conferences in *Green, et al. v. CCSF* (Case No. 06-6953 SI) *Moynihan, et al. v. CCSF* (Case No. 06 - 7071 SI) are all continued to April 14, 2008 at 2:00 p.m.

   **IT IS SO ORDERED**.

Dated: January 14, 2008

By:_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE