DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-4248
E-Mail:       margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEAVER, and others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. C 03-1589 SI<br>  C-06-7071, 06-6953<br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  In the Joint Case Management Conference Statement filed by the parties on January 7, 2008, the parties stipulated to a three-month continuance of the January 15, 2008 Case Management Conference. The parties requested the continuance for the purpose of allowing time for them to finalize the settlement of this case as well as the related cases *Green, et al. v. CCSF* (Case No. 06-6953 SI) *Moynihan, et al. v. CCSF* (Case No. 06 - 7071 SI).

Good cause appearing, it is hereby ordered the January 15, 2008 Case Management Conference in the above-captioned case and as well as the January 15, 2008 Case Management Conferences in *Green, et al. v. CCSF* (Case No. 06-6953 SI) *Moynihan, et al. v. CCSF* (Case No. 06 - 7071 SI) are all continued to April ~~14,~~ 2008 at 2:00 p.m.

18

**IT IS SO ORDERED**.

Dated: January 14, 2008

By:_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE