1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH SALVESON, State Bar #83788
    Chief Labor Attorney
3   MARGARET W. BAUMGARTNER, State Bar #151762
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Floor #5
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3859
6   Facsimile:    (415) 554-4248
    E-Mail:       margaret.baumgartner@sfgov.org
7

8   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  ROBERT WEAVER, et al.
                                              No. C-03-1589 SI
13          Plaintiffs,                       No. C-06-6953 SI
                                              No. C-06-7071 SI
14          vs.

15  CITY AND COUNTY OF SANFRANCISCO,          STIPULATION AND ORDER RE
                                              CONTINUING DATE FOR
16          Defendant.                        HEARING ON FINAL
                                              APPROVAL OF SETTLEMENT
17
    PETER A. GREEN, et al,
18                                            Date:     December 19, 2008
            Plaintiffs,                       Time:     9:00 a.m.
19                                            Place::    19th Fl.
            vs.
20                                            Date Action Filed:   April 14, 2003
    CITY AND COUNTY OF SANFRANCISCO,          Trial Date:          Not set
21
            Defendant.
22
    And
23
    MICHAEL MOYNAHAN, et al.
24
            Plaintiffs,
25
            vs.
26
    CITY AND COUNTY OF SANFRANCISCO,
27
            Defendants
28
    ─────────────────────────────────
                                1

1                               **STIPULATION**

2        This matter currently is scheduled for a hearing on final approval of the settlement.

3 However, the San Francisco Board of Supervisors has not yet approved the settlement in this matter.

4 Therefore, FOR GOOD CAUSE, the parties hereby stipulate to continuing the date for hearing on

5 final approval of the settlement to Friday, February 20, 2009, at 9:00 a.m.

6        SO STIPULATED.

7 Dated: December 18, 2008             DENNIS J. HERRERA
                                     City Attorney

8                                  ELIZABETH S. SALVESON
                                 Chief Labor Attorney

9                                  MARGARET W. BAUMGARTNER
                                 JONATHAN C. ROLNICK

10                                  Deputy City Attorneys

11

12                       By:_____/s/_____
                                 MARGARET W. BAUMGARTNER

13

14                                  Attorneys for Defendant
                                 CITY AND COUNTY OF SAN FRANCISCO

15

16 Dated: December 18, 2008             LACKIE & DAMMEIER

17

18                       By:_____
                                 MICHAEL MCGILL

19                                  Attorneys for Plaintiffs
                                 ROBERT WEAVER and MICHEAL MOYNIHAN et

20                                  al.

21

22

23

24

25

26

27

28
                                         2

Stip./Order Re: Hearing for Final Approval of Sett.               c:\docume~1\owner\locals~1\temp\fin
USDC Case Nos. : C-03-1589, No. C-06-6953, No. C-06-7071 (All SI)        appst.doc

DEC-18-2008  12:02                 415 291 0858              96%             P.03

## STIPULATION

This matter currently is scheduled for a hearing on final approval of the settlement.

However, the San Francisco Board of Supervisors has not yet approved the settlement in this matter.

Therefore, FOR GOOD CAUSE, the parties hereby stipulate to continuing the date for hearing on

final approval of the settlement to Friday, February 20, 2009, at 9:00 a.m.

SO STIPULATED.

Dated: December 18, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
JONATHAN C. ROLNICK
Deputy City Attorneys


By:_____/s/_____
MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Dated: December 18, 2008

LACKIE & DAMMEIER


By:_____
MICHAEL MCGILL

Attorneys for Plaintiffs
ROBERT WEAVER and MICHEAL MOYNIHAN et al.

3

Stip./Order Re: Hearing for Final Approval of Sett.
USDC Case Nos. : C-03-1589, No. C-06-6953, No. C-06-7071 (All SI)

c:\documents and settings\bjean\local
settings\temporary internet
files\olk3d\finappst.doc

1   Dated: December 18, 2008                    CLISHAM AND SORTOR

2                                               By: _____
                                                    David Clisham
3                                                   Attorneys for Plaintiffs PETER GREEN et al.

4       SO ORDERED.

5

6

7   Dated:_____

8                                               _____
                                                Hon. Susan Illston, Judge, United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3

Stip./Order Re: Hearing for Final Approval of Sett.                    c:\docume~1\owner\locals~1\temp\fin
USDC Case Nos. : C-03-1589, No. C-06-6953, No. C-06-7071 (All SI)                                appsl.doc