DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-4248
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WEAVER, et al. | No. C-03-1589 SI |
|---|---|
| Plaintiffs, | No. C-06-6953 SI |
| vs. | No. C-06-7071 SI |
| CITY AND COUNTY OF SAN FRANCISCO, | **STIPULATION AND ORDER RE CONTINUING DATE FOR HEARING ON FINAL APPROVAL OF SETTLEMENT** |
| Defendant. | |
| PETER A. GREEN, et al, | |
| Plaintiffs, | Date:     February 20, 2009<br>Time:    9:00 a.m.<br>Place::   19th Fl. |
| vs. | Date Action Filed:   April 14, 2003<br>Trial Date:    Not set |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |
| And | |
| MICHAEL MOYNAHAN, et al. | |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants | |

1

# STIPULATION

This matter currently is scheduled for a hearing on final approval of the settlement. The matter initially was scheduled for final approval in December 2008, and then continued to February 20, 2009. Because of the cancellation of the Rules Committee hearing on which this matter was previously scheduled, there has been a delay in approval. The matter is on calendar for the Rules Committee on February 19, 2009. Upon approval by the Rules Committee, the matter is sent to the Board of Supervisors for approval. That process takes about 20 days. The Mayor then has 10 days to approve it.

Therefore, the parties hereby stipulate to continuing the date for hearing on final approval of the settlement to Friday, March 20, 2009, at 9:00 a.m.

SO STIPULATED.

Dated: February 17, 2009

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
JONATHAN C. ROLNICK
Deputy City Attorneys

By:_____/s/_____
MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: February 17, 2009

LACKIE & DAMMEIER

By:_____/s/_____
MICHAEL MCGILL

Attorneys for Plaintiffs
ROBERT WEAVER and MICHEAL MOYNIHAN et al.

2
Stip./Order Re: Hearing for Final Approval of Sett.
USDC Case Nos. : C-03-1589, No. C-06-6953, No. C-06-7071 (All SI)
n:\labor\li2007\031552\00539485.doc

| | | |
|---|---|---|
| 1 | Dated: February 17, 2009 | CLISHAM AND SORTOR |
| 2 | | By : _____/s/_____ |
| 3 | | David Clisham<br>Attorneys for Plaintiffs PETER GREEN et al. |
| 4 | SO ORDERED. | |
| 7 | Dated:_____ | _____ |
| 8 | | Hon. Susan Illston, Judge, United States District Court |

3