1  ROBERT A. JONES
2  ALAN S. KAUFMAN
   **CHAMBERLAIN, KAUFMAN AND JONES**
3  35 Fuller Road
   Albany, New York 12205
4  Telephone: (518) 435-9426
   Facsimile: (518) 435-9102
5  Email:      raj@flsa.com
   Pro Hac Vice
6
   DAVID P. CLISHAM (SBN 101622)
7  WILLIAM H. SORTOR (SBN 069424)
   **CLISHAM & SORTOR**
8  Hobart Building, Suite 603
   582 Market Street
9  San Francisco, California 94104
   Telephone: (415) 291-0855
10 Facsimile: (415) 291-0858
   Email:      davidc1787@gmail.com
11
12 Attorneys for Plaintiffs
   Peter A. Green, et al.

RECEIVED MAR 2 5 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

ORIGINAL E-FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEAVER, et al. | Case No. C 03-1589 SI |
| Plaintiffs, | **[PROPOSED] ORDER APPROVING SETTLEMENT OF FLSA CLAIMS** |
| vs. | |
| SAN FRANCISCO, | Date:  March 20, 2009 |
| Defendant. | Time:  9:00 a.m. |
|  | Place: Dept. 19 |
| MICHAEL MOYNIHAN, et al. | Case No. C 06-7071 SI |
| Plaintiffs, | |
| vs. | |
| SAN FRANCISCO, | |
| Defendant. | |
| PETER GREEN, et al. | Case No. C 06-6953 SI |
| Plaintiffs, | |

1

[PROPOSED] ORDER APPROVING SETTLEMENT OF FLSA CLAIMS

vs.

SAN FRANCISCO,

      Defendant.

Plaintiffs' Motion For Order Approving Settlement of FLSA Claims, came on regularly for hearing before this Court on March 20, 2009. Michael A. McGill did not appear for plaintiffs in the Weaver and Moynihan cases; David P. Clisham appeared for plaintiffs in the Green case; Margaret Baumgarter, Deputy City Attorney, appeared for Defendant City and County of San Francisco.

The Court, having reviewed and considered Plaintiffs' Motion for Order Approving Settlement of FLSA Claims, the Declarations of Michael A. McGill and Robert A. Jones, Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Settlement of FLSA Claims and Defendant City and County of San Francisco's Response and Supplement Response To Motion for Approval of Settlement, has determined that the settlement is a fair and reasonable resolution of a bona fide dispute and has been entered into in good faith. The settlement is a reasonable compromise over issues that are "actually in dispute." Settlement in this action will promote the policy of encouraging settlement of litigation.

NOW, THEREFORE, IT IS ORDERED the settlement between the Weaver and Moynihan plaintiffs and the Green plaintiffs and Defendant City and County of San Francisco is approved by this Court.

Date: 3/30/09

                                                Hon. Susan Illston
                                                United States District Court Judge

1 | Approved as to form:
2 |
3 | Date:_____           Date: 3/23/09
4 | LACKIE & DAMMEIER APC                   CHAMBERLAIN, KAUFMAN &
5 |                                         JONES
6 |
7 | By:_____                   By: /s/ Robert A. Jones
       Michael A. McGill                         Robert A. Jones
8 |                                              David P. Clisham
9 |    Attorneys for Plaintiffs                  CLISHAM & SORTOR
       ROBERT WEAVER
10|    MICHAEL MOYNIHAN                      Attorneys for Plaintiffs
                                             PETER GREEN, ET AL
11|
12|
13| Date:_____
14|
   DENNIS J. HERRERA
15| City Attorney
16|
   By:_____
17|    Margaret Baumgartner
18|    Deputy City Attorney
19|
   Attorneys for Defendant
20| CITY AND COUNTY OF SAN FRANCISCO
21|
22|
23|
24|
25|
26|
27|
28|

3

[PROPOSED] ORDER APPROVING SETTLEMENT OF FLSA CLAIMS

Approved as to form:

Date: 3/24/09                            Date:_____

LACKIE & DAMMEIER APC                    CHAMBERLAIN, KAUFMAN & JONES

By: _____            By: _____
     Michael A. McGill                        Robert A. Jones
                                              David P. Clisham
   Attorneys for Plaintiffs                   CLISHAM & SORTOR
   ROBERT WEAVER
   MICHAEL MOYNIHAN                         Attorneys for Plaintiffs
                                            PETER GREEN, ET AL

Date:_____

DENNIS J. HERRERA
City Attorney

By:_____
     Margaret Baumgartner
     Deputy City Attorney

   Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

3

[PROPOSED] ORDER APPROVING SETTLEMENT OF FLSA CLAIMS

1 | Approved as to form:

3 | Date:_____　　　　　　Date:_____

LACKIE & DAMMEIER APC　　　　　　　　CHAMBERLAIN, KAUFMAN & JONES

By:_____　　　　　　　By: _____
　　Michael A. McGill　　　　　　　　　　　　Robert A. Jones
　　　　　　　　　　　　　　　　　　　　　　David P. Clisham
　Attorneys for Plaintiffs　　　　　　　　　　CLISHAM & SORTOR
　ROBERT WEAVER
　MICHAEL MOYNIHAN　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　PETER GREEN, ET AL

Date: 3/24/09

DENNIS J. HERRERA
City Attorney

By:_____
　　Margaret Baumgartner
　　Deputy City Attorney

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

3

[PROPOSED] ORDER APPROVING SETTLEMENT OF FLSA CLAIMS